UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NICHOLAS CANNELLA and JENNIFER CANNELLA

               Plaintiff,

-against-

INTERCONTINENTAL HOTELS GROUP, PLC, SIX CONTINENTS HOLDINGS, LTD., SIX CONTINENTS INTERNATIONAL HOLDINGS, B.V., H.I.M. ARUBA B.V., and HOLIDAY INN MEXICANA, SA

               Defendants.

------------------------------------------------------------X

21 **CIVIL** 5204 (MKV)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2023, Defendants' motion to dismiss is GRANTED, the case is closed.

**Dated:** New York, New York

      March 20, 2023

**RUBY J. KRAJICK**

                                  Clerk of Court

**BY:**

                                  Deputy Clerk